# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| HARRY JENNINGS,<br><br>Plaintiff,<br><br>v.<br><br>COMPLETE PAYMENT RECOVERY SERVICES, INC.,<br><br>Defendant. | Case No. 3:19-cv-03177<br><br>Honorable Judge Richard Mills<br><br>Honorable Magistrate Tom Schanzle-Haskins |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Harry Jennings and the Defendant Complete Payment Recovery Services, Inc. through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: February 5, 2020

Respectfully Submitted,

**HARRY JENNINGS**

**COMPLETE PAYMENT RECOVERY SERVICES, INC.**

*/s/ Alexander J. Taylor*
Alexander J. Taylor
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

*/s/ Punit K. Marwaha (with consent)*
Punit K. Marwaha
*Counsel for Defendant*
Troutman Sanders LLP
One North Wacker Drives, Suite 2905
Chicago, Illinois 60606
Phone: (312) 759-5949
punit.marwaha@troutman.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor